IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:07CR3141 |
| | ) | |
| V. | ) | |
| | ) | MEMORANDUM |
| WILLIAM EUGENE PACKER, | ) | AND ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

In light of the indictment filed against Defendant Packer in Case No. 4:11CR3119, and with the agreement of counsel,

IT IS ORDERED that the motion to reduce sentence pursuant to Rule 35(b) (filing no. 34) and petition for offender under supervision (filing no. 38) are dismissed without prejudice.

DATED this 17th day of November, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge